**Hearing Date: February 23, 2012**
                                                                   **Time: 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                         Chapter 11

ST. CLAIR REALTY LLC,                  Case No. 11-46559-jf

                                  Debtor.
-----------------------------------------------------------x

**ORDER GRANTING APPLICATION OF MASSEY KNAKAL
REALTY OF BROOKLYN, LLC, EXCLUSIVE REAL ESTATE
AGENT FOR THE DEBTOR AND DEBTOR IN POSSESSION,
<u>FOR A FINAL ALLOWANCE OF COMPENSATION</u>**

Upon the application of Massey Knakal Realty of Brooklyn, LLC ("**Massey Knakal**"), exclusive real estate agent for the above-captioned debtor and debtor in possession, dated February 6, 2012, for a final allowance of compensation for professional services rendered (the "**Application**"); and this Court having jurisdiction to consider and determine the Application as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court, by Notice of Hearing dated February 6, 2012, having scheduled a hearing for February 23, 2012 (the "**Hearing**") to consider the Application; and it appearing that due and proper notice of the Hearing having been given and that no other or further notice need be given; and Thor 1001 Third Avenue, LLC ("**Thor**") having purchased the Debtor's property located at 292-294 Atlantic Avenue, Brooklyn, New York pursuant to a purchase agreement approved by an order of this Court dated November 15, 2011; and it appearing that in accordance with its purchase agreement, Thor is obligated to pay Massey Knakal the amounts awarded to it in respect of the Application; provided, however,

that such obligation shall not exceed $211,620.00; and Thor having filed an objection to Application (docket nos. 51 and 52); and Massey Knakal having filed a response to Thor's objection (docket no. 53); and Thor having withdrawn its objection (docket no. 54); and the Hearing having been held before this Court on February 23, 2012; and after hearing Rosen & Associates, P.C., attorneys for Massey Knakal, Jeffrey S. Davis, Esq., of counsel, in support of the Application; and after hearing such other parties whose identities are set forth on the record of the Hearing; and upon the record of the Hearing; and due deliberation having been had, and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application be, and hereby is, granted ~~as set forth in Schedule A attached hereto~~; and it is further

ORDERED, that Thor be, and it hereby is, authorized and directed to pay Massey Knakal the sum of $211,620.00 ~~the amounts set forth in Schedule "A" attached hereto~~.

Dated: Brooklyn, New York
    February 29, 2012

                                                  s/Jerome Feller
                                                  UNITED STATES BANKRUPTCY JUDGE

**SCHEDULE A(1)**

Case No.:  11-46559-jf
Case Name:  ST. CLAIR REALTY LLC

**FINAL FEE PERIOD:**

| APPLICANT | DATE/ DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Massey Knakal Realty of Brooklyn, LLC | 2/6/2012 Document No. 46 | $211,620.00 | $211,620.00 | N/A | N/A |

SCHEDULE A(1)     DATE: _____                INITIALS: _____ USBJ